MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
MICHAEL G. SCHWARTZ, Bar No. 197010
michael.schwartz@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
SUMMER KRAUSE, Bar No. 264858
summer.krause@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

TIFFANY MILLER, Bar No. 246987
tiffany.miller@dlapiper.com
ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101
Tel:  619.699.2700
Fax: 619.699.2701

Attorneys for Plaintiff and Counter-defendant
CSR TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CSR TECHNOLOGY INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREESCALE SEMICONDUCTOR, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | CASE NO.  3:12-cv-02619-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS CONCERNING U.S. PATENT NO. 6,757,324 BETWEEN CSR TECHNOLOGY INC. AND FREESCALE SEMICONDUCTOR, INC.** |

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\239247824.1    STIP. AND [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS CONCERNING U.S. PATENT NO. 6,757,324, CASE NO.  3-12-CV-02619-RS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Counter-defendant CSR Technology Inc. ("CSR"), on one hand, and Defendant and Counterclaimant Freescale Semiconductor, Inc. ("Freescale"), on the other hand, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.  In this action, CSR asserts claims of patent infringement under United States Patent Nos. 6,388,590 (the "'590 patent"), 6,388,591 (the "'591 patent"), 6,933,886 (the "'886 patent"), 6,882,827 (the "'827 patent") and 6,757,324 (the "'324 patent") (collectively, "the patents-in-suit") against Freescale.

2.  Freescale filed an Answer and asserted Counterclaims of declaratory judgment of non-infringement and invalidity as to each of the patents-in-suit.

3.  CSR's Fourth Claim Of Relief for infringement of the '324 patent against Freescale in the above-captioned action is hereby dismissed without prejudice.  CSR is dismissing only its claims against Freescale relating to the '324 patent, and expressly maintains all of CSR's claims for relief against Freescale concerning the '590 patent (First Claim for Relief), '591 patent (Second Claim for Relief), '886 patent (Third Claim for Relief) and '827 patent (Fifth Claim for Relief) to this action.

4.  Freescale's Count IV counterclaim for declaratory judgment for invalidity and non-infringement of the '324 patent in the above-captioned action is hereby dismissed without prejudice.

5.  CSR and Freescale each shall bear its own costs and attorneys' fees in connection with the dismissal of CSR's Fourth Claim for Relief for infringement of the '324 patent and Freescale's Count IV counterclaim for declaratory judgment for invalidity and non-infringement of the '324 patent.

DLA Piper LLP (US)
East Palo Alto

WEST\239247824.1

- 1 -
STIP. AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS CONCERNING U.S. PATENT NO. 6,757,324, CASE NO.  3-12-CV-02619-RS

Dated:  October 19, 2012

DLA PIPER LLP (US)

By */s/ Michael G. Schwartz*
MARK D. FOWLER
TIMOTHY LOHSE
MICHAEL G. SCHWARTZ
TIFFANY MILLER
ROBERT WILLIAMS
ERIK R. FUEHRER
SUMMER KRAUSE

Attorneys for Plaintiff/Counter-defendant
CSR TECHNOLOGY INC.

Dated:  October 19, 2012

JONES DAY

By */s/ David L. Witcoff*
Patrick T. Michael
David L. Witcoff (Pro Hac Vice)
Timothy J. Heverin (Pro Hac Vice)
Thomas W. Ritchie (Pro Hac Vice)

Attorneys for Plaintiff
FREESCALE SEMICONDUCTOR, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  10/25/12

_____
Honorable Richard Seeborg
United States District Judge

DLA Piper LLP (US)
East Palo Alto

WEST\239247824.1

- 2 -
STIP. AND [P~~ROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL
CLAIMS CONCERNING U.S. PATENT NO. 6,757,324, CASE NO.  3-12-CV-02619-RS

**ECF CERTIFICATION**

I, Michael G. Schwartz, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order of Dismissal Without Prejudice of All Claims and Counterclaims Concerning U.S. Patent No. 6,757,324 between CSR Technology Inc. and Freescale Semiconductor, Inc. in compliance with General Order No. 45, Section X(B). I hereby attest that David L. Witcoff has concurred in this filing.

DATED: October 19, 2012                    /s/ Michael G. Schwartz
                                           MICHAEL G. SCHWARTZ

DLA Piper LLP (US)
East Palo Alto

WEST\239247824.1

- 3 -
STIP. AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS CONCERNING U.S. PATENT NO. 6,757,324, CASE NO. 3-12-CV-02619-RS