| | |
|---|---|
| MARK D. FOWLER, Bar No. 124235<br>mark.fowler@dlapiper.com<br>TIMOTHY LOHSE, Bar No. 177230<br>timothy.lohse@dlapiper.com<br>MICHAEL G. SCHWARTZ, Bar No. 197010<br>michael.schwartz@dlapiper.com<br>ERIK R. FUEHRER, Bar No. 252578<br>erik.fuehrer@dlapiper.com<br>SUMMER KRAUSE, Bar No. 264858<br>summer.krause@dlapiper.com<br>**DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA  94303-2214<br>Tel:  650.833.2000<br>Fax:  650.833.2001<br><br>ROBERT WILLIAMS, Bar No. 246990<br>robert.williams@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA  92101<br>Tel: 619.699.2700<br>Fax: 619.699.2701<br><br>Attorneys for Plaintiff and Counter-defendant<br>CSR TECHNOLOGY INC. | Patrick T. Michael (SBN 169745)<br>pmichael@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:     (415) 626-3939<br>Facsimile:      (415) 875-5700<br><br>David L. Witcoff (IL Bar No. 6183629)<br>(admitted *pro hac vice*)<br>dlwitcoff@jonesday.com<br>Timothy J. Heverin (IL Bar No. 6243107)<br>(admitted *pro hac vice*)<br>tjheverin@jonesday.com<br>Thomas W. Ritchie (IL Bar No. 6301954)<br>(admitted *pro hac vice*)<br>twritchie@jonesday.com<br>JONES DAY<br>77 W. Wacker Dr., Ste. 3500<br>Chicago, IL  60601-1692<br>Telephone:     (312) 782-3939<br>Facsimile:      (312) 782-8585<br><br>Attorneys for Defendant and Counterclaimant,<br>FREESCALE SEMICONDUCTOR, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CSR TECHNOLOGY INC., a Delaware Corporation,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC., a Delaware Corporation,<br><br>Defendant and Counterclaimant. | CASE NO.  3:12-cv-02619-RS (JSC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR FREESCALE SEMICONDUCTOR, INC.'S MOTION TO COMPEL**<br><br>Hearing Date: Jan. 31, 2013<br>Time: 3:00 PM<br>Place: Courtroom F, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Counter-defendant CSR Technology Inc. ("CSR") and Defendant and Counterclaimant Freescale Semiconductor, Inc. ("Freescale") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on December 21, 2012, Freescale filed a Motion to Compel Patent L.R. 3-1 Disclosures ("Motion to Compel") (Dkt. No. 40).

WHEREAS, CSR's opposition to Freescale's Motion to Compel is currently due on January 4, 2013.

WHEREAS, Freescale's reply to the Motion to Compel is currently due on January 11, 2013.

WHEREAS, the hearing on Freescale's Motion to Compel is currently scheduled for January 31, 2013, at 1:30 p.m.

WHEREAS, on December 21, 2012, CSR's counsel contacted Freescale's counsel and requested, as an accommodation to both CSR's outside and in-house counsel, a brief six-day extension of time to respond to Freescale's Motion to Compel.

WHEREAS, the Parties met and conferred on December 24, 2012, and Freescale agreed to CSR's request for an extension of time as set forth in the table below and CSR agreed that should Freescale believe it needs additional time to prepare its reply papers after seeing CSR's opposition, CSR will agree to a continuance of the hearing date and a reasonable extension of time for Freescale to file its reply.

WHEREAS, the short extension of the briefing schedule would not conflict with the current case schedule as the noticed hearing date would remain unchanged and the modified briefing schedule would otherwise comport with the Civil Local Rules, *i.e.*, under the modified schedule, CSR's opposition papers would be due 21 days before the hearing date and Freescale's reply papers would be due 14 days before the hearing date.

WHEREAS, the requested time modification will have no effect on any other date in the schedule for the case.

-1-
WEST\240132641.1    STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE,
CASE NO. 3-12-CV-02619-RS

WHEREAS, the parties have not previously stipulated to change any date relating to Freescale's Motion to Compel and the only prior extension of time granted in this case is the Court's June 26, 2012, order granting Freescale a thirty-day extension of time to respond to CSR's Complaint (Dkt. No. 12).

IT IS HEREBY AGREED AND STIPULATED, that the briefing schedule for Freescale's Motion to Compel shall be modified as follows:

| Event | Current Due Date | New Due Date |
|---|---|---|
| **CSR Opposition to Motion to Compel** | January 4, 2013 | January 10, 2013 (21 days before hearing date) |
| **Freescale Reply ISO Motion to Compel** | January 11, 2013 | January 17, 2013 (14 days before hearing date) |
| **Hearing Date** | January 31, 2013 | unchanged |

Dated:  December 26, 2012

DLA PIPER LLP (US)

By  */s/ Michael Schwartz*
  MARK D. FOWLER
  TIMOTHY LOHSE
  MICHAEL G. SCHWARTZ
  ROBERT WILLIAMS
  ERIK R. FUEHRER
  SUMMER KRAUSE

  Attorneys for Plaintiff and Counter-defendant
  CSR TECHNOLOGY INC.

Dated:  December 26, 2012

JONES DAY

By  */s/ David Witcoff*
  Patrick T. Michael
  David L. Witcoff (*Pro Hac Vice*)
  Timothy J. Heverin (*Pro Hac Vice*)
  Thomas W. Ritchie (*Pro Hac Vice*)

  Attorneys for Defendant and Counterclaimant
  FREESCALE SEMICONDUCTOR, INC.

1  I, Michael Schwartz, am the ECF User whose ID and password are being used to file this
2  STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR
3  FREESCALE SEMICONDUCTOR, INC.'S MOTION TO COMPEL.  In compliance with Local
4  Rule 5-1, I hereby attest that David Witcoff has concurred in this filing.

Dated:  December 26, 2012          DLA PIPER LLP (US)

                                   By */s/ Michael G. Schwartz*
                                      MICHAEL G. SCHWARTZ

                                   Attorneys for Plaintiff and Counter-defendant
                                   CSR Technology Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  January 4, 2013

                                   Hon. Jacqueline Scott Corley
                                   United States Magistrate Judge

*IT IS SO ORDERED*
*Jacqueline S. Corley*
Judge Jacqueline Scott Corley