MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
MICHAEL G. SCHWARTZ, Bar No. 197010
michael.schwartz@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
SUMMER KRAUSE, Bar No. 264858
summer.krause@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Plaintiff and Counter-defendant
CSR TECHNOLOGY INC.

Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

David L. Witcoff (IL Bar No. 6183629)
(admitted *pro hac vice*)
dlwitcoff@jonesday.com
Timothy J. Heverin (IL Bar No. 6243107)
(admitted *pro hac vice*)
tjheverin@jonesday.com
Thomas W. Ritchie (IL Bar No. 6301954)
(admitted *pro hac vice*)
twritchie@jonesday.com
JONES DAY
77 W. Wacker Dr., Ste. 3500
Chicago, IL  60601-1692
Telephone:    (312) 782-3939
Facsimile:    (312) 782-8585

Attorneys for Defendant and
Counterclaimant,
FREESCALE SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CSR TECHNOLOGY INC., a Delaware Corporation,<br><br>              Plaintiff and Counter-defendant,<br><br>       v.<br><br>FREESCALE SEMICONDUCTOR, INC., a Delaware Corporation,<br><br>              Defendant and Counterclaimant. | CASE NO.  3:12-cv-02619-RS (JSC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR FREESCALE SEMICONDUCTOR, INC.'S MOTION TO COMPEL**<br><br>Hearing Date: Jan. 31, 2013<br>Time: 3:00 PM<br>Place: Courtroom F, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley |

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Counter-defendant CSR

2  Technology Inc. ("CSR") and Defendant and Counterclaimant Freescale Semiconductor, Inc.

3  ("Freescale") (collectively, the "Parties"), by and through their respective counsel, hereby

4  stipulate and agree as follows:

5    WHEREAS, on December 21, 2012, Freescale filed a Motion to Compel Patent L.R. 3-1

6  Disclosures ("Motion to Compel") (Dkt. No. 40).

7    WHEREAS, CSR's opposition to Freescale's Motion to Compel is currently due on

8  January 4, 2013.

9    WHEREAS, Freescale's reply to the Motion to Compel is currently due on January 11,

10 2013.

11    WHEREAS, the hearing on Freescale's Motion to Compel is currently scheduled for

12 January 31, 2013, at 1:30 p.m.

13    WHEREAS, on December 21, 2012, CSR's counsel contacted Freescale's counsel and

14 requested, as an accommodation to both CSR's outside and in-house counsel, a brief six-day

15 extension of time to respond to Freescale's Motion to Compel.

16    WHEREAS, the Parties met and conferred on December 24, 2012, and Freescale agreed

17 to CSR's request for an extension of time as set forth in the table below and CSR agreed that

18 should Freescale believe it needs additional time to prepare its reply papers after seeing CSR's

19 opposition, CSR will agree to a continuance of the hearing date and a reasonable extension of

20 time for Freescale to file its reply.

21    WHEREAS, the short extension of the briefing schedule would not conflict with the

22 current case schedule as the noticed hearing date would remain unchanged and the modified

23 briefing schedule would otherwise comport with the Civil Local Rules, *i.e.*, under the modified

24 schedule, CSR's opposition papers would be due 21 days before the hearing date and Freescale's

25 reply papers would be due 14 days before the hearing date.

26    WHEREAS, the requested time modification will have no effect on any other date in the

27 schedule for the case.

28

WHEREAS, the parties have not previously stipulated to change any date relating to Freescale's Motion to Compel and the only prior extension of time granted in this case is the Court's June 26, 2012, order granting Freescale a thirty-day extension of time to respond to CSR's Complaint (Dkt. No. 12).

IT IS HEREBY AGREED AND STIPULATED, that the briefing schedule for Freescale's Motion to Compel shall be modified as follows:

| Event | Current Due Date | New Due Date |
|---|---|---|
| **CSR Opposition to Motion to Compel** | January 4, 2013 | January 10, 2013 (21 days before hearing date) |
| **Freescale Reply ISO Motion to Compel** | January 11, 2013 | January 17, 2013 (14 days before hearing date) |
| **Hearing Date** | January 31, 2013 | unchanged |

Dated:  December 26, 2012

DLA PIPER LLP (US)


By  */s/ Michael Schwartz*
MARK D. FOWLER
TIMOTHY LOHSE
MICHAEL G. SCHWARTZ
ROBERT WILLIAMS
ERIK R. FUEHRER
SUMMER KRAUSE

Attorneys for Plaintiff and Counter-defendant
CSR TECHNOLOGY INC.

Dated:  December 26, 2012

JONES DAY


By  */s/ David Witcoff*
Patrick T. Michael
David L. Witcoff (*Pro Hac Vice*)
Timothy J. Heverin (*Pro Hac Vice*)
Thomas W. Ritchie (*Pro Hac Vice*)

Attorneys for Defendant and Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

1    I, Michael Schwartz, am the ECF User whose ID and password are being used to file this

2    STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR

3    FREESCALE SEMICONDUCTOR, INC.'S MOTION TO COMPEL.  In compliance with Local

4    Rule 5-1, I hereby attest that David Witcoff has concurred in this filing.

5

6    Dated:  December 26, 2012              DLA PIPER LLP (US)

7

8                                          By  /s/ Michael G. Schwartz
                                               MICHAEL G. SCHWARTZ

9                                          Attorneys for Plaintiff and Counter-defendant
                                           CSR Technology Inc.
10

11

12   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13

14   Dated:   January 4, 2013

15                                          Hon. Ja[...]
                                           United State[...]
16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Jacqueline S. Coly

Judge Jacqueline Scott Corley

NORTHERN DISTRICT OF CALIFORNIA