| | |
|---|---|
| MARK D. FOWLER, Bar No. 124235<br>mark.fowler@dlapiper.com<br>TIMOTHY LOHSE, Bar No. 177230<br>timothy.lohse@dlapiper.com<br>MICHAEL G. SCHWARTZ, Bar No. 197010<br>michael.schwartz@dlapiper.com<br>ERIK R. FUEHRER, Bar No. 252578<br>erik.fuehrer@dlapiper.com<br>SUMMER KRAUSE, Bar No. 264858<br>summer.krause@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA  94303-2214<br>Tel:  650.833.2000<br>Fax:  650.833.2001<br><br>ROBERT WILLIAMS, Bar No. 246990<br>robert.williams@dlapiper.com<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA  92101<br>Tel: 619.699.2700<br>Fax: 619.699.2701<br><br>Attorneys for Plaintiff and Counter-defendant<br>CSR TECHNOLOGY INC. | Patrick T. Michael (SBN 169745)<br>pmichael@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:      (415) 626-3939<br>Facsimile:       (415) 875-5700<br><br>David L. Witcoff (IL Bar No. 6183629)<br>(admitted *pro hac vice*)<br>dlwitcoff@jonesday.com<br>Timothy J. Heverin (IL Bar No. 6243107)<br>(admitted *pro hac vice*)<br>tjheverin@jonesday.com<br>Thomas W. Ritchie (IL Bar No. 6301954)<br>(admitted *pro hac vice*)<br>twritchie@jonesday.com<br>JONES DAY<br>77 W. Wacker Dr., Ste. 3500<br>Chicago, IL  60601-1692<br>Telephone:      (312) 782-3939<br>Facsimile:       (312) 782-8585<br><br>Attorneys for Defendant and<br>Counterclaimant,<br>FREESCALE SEMICONDUCTOR, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CSR TECHNOLOGY INC., a Delaware Corporation,<br><br>           Plaintiff and Counter-defendant,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC., a Delaware Corporation,<br><br>           Defendant and Counterclaimant. | CASE NO.  3:12-cv-02619-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY BRIEFING SCHEDULE AND MODIFY HEARING DATE FOR FREESCALE SEMICONDUCTOR, INC.'S MOTION TO COMPEL**<br><br>Hearing Date: Jan. 31, 2013<br>Time: 3:00 p.m.<br>Place: Courtroom 3, 17th Floor<br>Judge:  Honorable Jacqueline Scott Corley |

1  Pursuant to Civil Local Rules 6-2, 7-7 and 7-12, Plaintiff and Counter-defendant CSR
2  Technology Inc. ("CSR") and Defendant and Counterclaimant Freescale Semiconductor, Inc.
3  ("Freescale") (collectively, the "Parties"), by and through their respective counsel, hereby
4  stipulate and agree as follows:

5  WHEREAS, on December 21, 2012, Freescale filed a Motion to Compel Patent L.R. 3-1
6  Disclosures ("Motion to Compel") (Dkt. No. 40).

7  WHEREAS, on December 21, 2012, CSR's counsel contacted Freescale's counsel and
8  requested, as an accommodation to both CSR's outside and in-house counsel, a brief six-day
9  extension of time to respond to Freescale's Motion to Compel.

10 WHEREAS, the Parties met and conferred on December 24, 2012, and Freescale agreed
11 to CSR's request for an extension of time as set forth in the table below and CSR agreed that
12 should Freescale believe it needs additional time to prepare its reply papers after seeing CSR's
13 opposition, CSR will agree to a continuance of the hearing date and a reasonable extension of
14 time for Freescale to file its reply.

15 WHEREAS, on December 26, 2012, CSR filed a Stipulation with Proposed Order to
16 Modify Briefing Schedule for Freescale Semiconductor, Inc.'s Motion to Compel (Dkt. No. 42).

17 WHEREAS, also on December 26, 2012, Judge Seeborg issued an Order Referring Case
18 To Magistrate Judge For Discovery Purposes (Dkt. No. 43).

19 WHEREAS, on January 3, 2013, Judge Seeborg's clerk informed counsel for CSR that the
20 case would be referred to Judge Corley for discovery motions, but that the official order referring
21 the case would likely issue the week of January 7, 2013.

22 WHEREAS, the parties further met and conferred on January 3 and 4, 2013, and the
23 parties agreed to a further extension of time for CSR to file its opposition to the Motion to
24 Compel to January 14, 2013, for Freescale to file a reply to CSR's opposition by January 24,
25 2013, and that Freescale would renotice the hearing date for its Motion to Compel for February 7,
26 2013.

27 WHEREAS, on January 3, 2013, Freescale renoticed the hearing on its Motion to Compel
28 for February 7, 2013, before Judge Corley (Dkt. No. 44).

WHEREAS, on January 4, 2013, the Court issued a notice advancing the discovery hearing for Freescale's Motion to Compel back to January 31, 2013 (Dkt. No. 45) and granted the parties' stipulation and order to extend the briefing schedule so that CSR's opposition to the Motion to Compel is due on January 10, 2013, and Freescale's reply is due on January 17, 2013.

WHEREAS, on January 4, 2013, the parties further met and conferred and agreed that a further short extension of time for CSR's opposition and Freescale's reply and one week extension of the hearing date is reasonable in light of the recent holidays and recent reassignment of this motion, provided that the Court could accommodate hearing the motion on February 7, 2013 and further provided that, if the Court could not, the parties will abide by the existing schedule.

WHEREAS, the requested time modification will have no effect on any other date in the schedule for the case.

WHEREAS, the parties have once previously stipulated to change the briefing schedule relating to Freescale's Motion to Compel (Dkt. No. 46) and the only prior extension of time granted in this case is the Court's June 26, 2012, order granting Freescale a thirty-day extension of time to respond to CSR's Complaint (Dkt. No. 12).

IT IS HEREBY AGREED AND STIPULATED, that the briefing schedule and hearing date for Freescale's Motion to Compel shall be modified as follows:

| Event | Current Due Date | New Due Date |
|---|---|---|
| **CSR Opposition to Motion to Compel** | January 10, 2013 | January 14, 2013 (21 days before hearing date) |
| **Freescale Reply ISO Motion to Compel** | January 17, 2013 | January 24, 2013 (14 days before hearing date) |
| **Hearing Date** | January 31, 2013 | February 7, 2013 at **9:00am** |

1 | Dated: January 7, 2013

2 | DLA PIPER LLP (US)

4 | By */s/ Michael G. Schwartz*
    MARK D. FOWLER
    TIMOTHY LOHSE
5 | MICHAEL G. SCHWARTZ
    ROBERT WILLIAMS
6 | ERIK R. FUEHRER
    SUMMER KRAUSE

    Attorneys for Plaintiff and Counter-defendant
8 | CSR TECHNOLOGY INC.

9 | Dated: January 7, 2013

10 | JONES DAY

12 | By */s/ David L. Witcoff*
    Patrick T. Michael
    David L. Witcoff (*Pro Hac Vice*)
13 | Timothy J. Heverin (*Pro Hac Vice*)
    Thomas W. Ritchie (*Pro Hac Vice*)

    Attorneys for Defendant and Counterclaimant
15 | FREESCALE SEMICONDUCTOR, INC.

17 | I, Michael Schwartz, am the ECF User whose ID and password are being used to file this

18 | STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY BRIEFING

19 | SCHEDULE AND MODIFY HEARING DATE FOR FREESCALE SEMICONDUCTOR,

20 | INC.'S MOTION TO COMPEL.  In compliance with Local Rule 5-1, I hereby attest that David

21 | L. Witcoff has concurred in this filing.

23 | Dated: January 7, 2013     DLA PIPER LLP (US)

25 | By */s/ Michael G. Schwartz*
    MICHAEL G. SCHWARTZ

26 | Attorneys for Plaintiff and Counter-defendant
    CSR Technology Inc.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3  Dated: January 7, 2013

4  THE HONORABLE _____
   UNITED STATES DISTRICT _____
5  JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Jacqueline S. Corley*
*Judge Jacqueline Scott Corley*