MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
MICHAEL G. SCHWARTZ, Bar No. 197010
michael.schwartz@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
SUMMER KRAUSE, Bar No. 264858
summer.krause@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Plaintiff and Counter-defendant
CSR TECHNOLOGY INC.

Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

David L. Witcoff (IL Bar No. 6183629)
(admitted *pro hac vice*)
dlwitcoff@jonesday.com
Timothy J. Heverin (IL Bar No. 6243107)
(admitted *pro hac vice*)
tjheverin@jonesday.com
Thomas W. Ritchie (IL Bar No. 6301954)
(admitted *pro hac vice*)
twritchie@jonesday.com
JONES DAY
77 W. Wacker Dr., Ste. 3500
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Attorneys for Defendant and
Counterclaimant,
FREESCALE SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CSR TECHNOLOGY INC., a Delaware Corporation,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC., a Delaware Corporation,<br><br>Defendant and Counterclaimant. | CASE NO. 3:12-cv-02619-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY BRIEFING SCHEDULE AND MODIFY HEARING DATE FOR FREESCALE SEMICONDUCTOR, INC.'S MOTION TO COMPEL**<br><br>Hearing Date: Jan. 31, 2013<br>Time: 3:00 p.m.<br>Place: Courtroom 3, 17th Floor<br>Judge: Honorable Jacqueline Scott Corley |

1    Pursuant to Civil Local Rules 6-2, 7-7 and 7-12, Plaintiff and Counter-defendant CSR
2 Technology Inc. ("CSR") and Defendant and Counterclaimant Freescale Semiconductor, Inc.
3 ("Freescale") (collectively, the "Parties"), by and through their respective counsel, hereby
4 stipulate and agree as follows:

5    WHEREAS, on December 21, 2012, Freescale filed a Motion to Compel Patent L.R. 3-1
6 Disclosures ("Motion to Compel") (Dkt. No. 40).

7    WHEREAS, on December 21, 2012, CSR's counsel contacted Freescale's counsel and
8 requested, as an accommodation to both CSR's outside and in-house counsel, a brief six-day
9 extension of time to respond to Freescale's Motion to Compel.

10   WHEREAS, the Parties met and conferred on December 24, 2012, and Freescale agreed
11 to CSR's request for an extension of time as set forth in the table below and CSR agreed that
12 should Freescale believe it needs additional time to prepare its reply papers after seeing CSR's
13 opposition, CSR will agree to a continuance of the hearing date and a reasonable extension of
14 time for Freescale to file its reply.

15   WHEREAS, on December 26, 2012, CSR filed a Stipulation with Proposed Order to
16 Modify Briefing Schedule for Freescale Semiconductor, Inc.'s Motion to Compel (Dkt. No. 42).

17   WHEREAS, also on December 26, 2012, Judge Seeborg issued an Order Referring Case
18 To Magistrate Judge For Discovery Purposes (Dkt. No. 43).

19   WHEREAS, on January 3, 2013, Judge Seeborg's clerk informed counsel for CSR that the
20 case would be referred to Judge Corley for discovery motions, but that the official order referring
21 the case would likely issue the week of January 7, 2013.

22   WHEREAS, the parties further met and conferred on January 3 and 4, 2013, and the
23 parties agreed to a further extension of time for CSR to file its opposition to the Motion to
24 Compel to January 14, 2013, for Freescale to file a reply to CSR's opposition by January 24,
25 2013, and that Freescale would renotice the hearing date for its Motion to Compel for February 7,
26 2013.

27   WHEREAS, on January 3, 2013, Freescale renoticed the hearing on its Motion to Compel
28 for February 7, 2013, before Judge Corley (Dkt. No. 44).

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\240234137.1    STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE
AND HEARING DATE, CASE NO. 3-12-CV-02619-RS

1  WHEREAS, on January 4, 2013, the Court issued a notice advancing the discovery hearing for Freescale's Motion to Compel back to January 31, 2013 (Dkt. No. 45) and granted the parties' stipulation and order to extend the briefing schedule so that CSR's opposition to the Motion to Compel is due on January 10, 2013, and Freescale's reply is due on January 17, 2013.

WHEREAS, on January 4, 2013, the parties further met and conferred and agreed that a further short extension of time for CSR's opposition and Freescale's reply and one week extension of the hearing date is reasonable in light of the recent holidays and recent reassignment of this motion, provided that the Court could accommodate hearing the motion on February 7, 2013 and further provided that, if the Court could not, the parties will abide by the existing schedule.

WHEREAS, the requested time modification will have no effect on any other date in the schedule for the case.

WHEREAS, the parties have once previously stipulated to change the briefing schedule relating to Freescale's Motion to Compel (Dkt. No. 46) and the only prior extension of time granted in this case is the Court's June 26, 2012, order granting Freescale a thirty-day extension of time to respond to CSR's Complaint (Dkt. No. 12).

IT IS HEREBY AGREED AND STIPULATED, that the briefing schedule and hearing date for Freescale's Motion to Compel shall be modified as follows:

| Event | Current Due Date | New Due Date |
|---|---|---|
| **CSR Opposition to Motion to Compel** | January 10, 2013 | January 14, 2013 (21 days before hearing date) |
| **Freescale Reply ISO Motion to Compel** | January 17, 2013 | January 24, 2013 (14 days before hearing date) |
| **Hearing Date** | January 31, 2013 | February 7, 2013 at **9:00am** |

Dated:  January 7, 2013

DLA PIPER LLP (US)

By  /s/ Michael G. Schwartz
    MARK D. FOWLER
    TIMOTHY LOHSE
    MICHAEL G. SCHWARTZ
    ROBERT WILLIAMS
    ERIK R. FUEHRER
    SUMMER KRAUSE

Attorneys for Plaintiff and Counter-defendant
CSR TECHNOLOGY INC.

Dated:  January 7, 2013

JONES DAY

By  /s/ David L. Witcoff
    Patrick T. Michael
    David L. Witcoff (*Pro Hac Vice*)
    Timothy J. Heverin (*Pro Hac Vice*)
    Thomas W. Ritchie (*Pro Hac Vice*)

Attorneys for Defendant and Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

I, Michael Schwartz, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY BRIEFING SCHEDULE AND MODIFY HEARING DATE FOR FREESCALE SEMICONDUCTOR, INC.'S MOTION TO COMPEL.  In compliance with Local Rule 5-1, I hereby attest that David L. Witcoff has concurred in this filing.

Dated:  January 7, 2013         DLA PIPER LLP (US)

By  /s/ Michael G. Schwartz
    MICHAEL G. SCHWARTZ

Attorneys for Plaintiff and Counter-defendant
CSR Technology Inc.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: January 7, 2013

4  THE HONORABLE JEFFREY S. WHITE
   UNITED STATES DISTRICT COURT JUDGE
   JUDGE

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED AS MODIFIED / Jacqueline S. Corley / Judge Jacqueline Scott Corley]*