UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CSR TECHNOLOGY, INC., Plaintiff, v. FREESCALE SEMICONDUCTOR, INC., Defendant. | Case No. 12-cv-02619-JST<br><br>**CASE MANAGEMENT ORDER NO. 2; ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 58, 60<br>Date: March 27, 2013<br>Time: 2:00 P.M.<br>Hon. Jon S. Tigar<br>Courtroom 9, 19th Floor |
|---|---|

Before the Court are competing case schedules proposed by the parties in their Joint Case Management Statement, Dkt. No. 60. The Court now adopts the following case schedule, which extends the prior schedule to account for the additional time required by Defendant Freescale to file a motion to receive adequate infringement contentions. *See* Order Granting in Part and Denying in Part Motion to Compel, Dkt. No. 56 (Feb. 8, 2013) ("Plaintiff's contentions consist of nothing more than a conclusion based 'on information and belief' that since calibration in the Accused Products occurs, it must occur according to the claimed method").

The parties shall appear for a case management conference on Wednesday, March 27, 2013, at 2:00 P.M., in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, California, at which time the Court will set firm dates for the last two items on the case schedule and address any other issues related to the management of the case.

| Event | Date |
|---|---|
| Deadline to Supplement Infringement Contentions (Patent L.R. 3-1 & 3-2) | 03/11/13 |
| Deadline to Supplement Invalidity Contentions (Patent L.R. 3-3 & 3-4) | 04/25/13 |
| Parties to Exchange Terms for Construction (Patent L.R. 4-1) | 05/09/13 |
| Parties to Exchange Proposed Constructions (Patent L.R. 4-2) | 05/30/13 |

| Event | Date |
|---|---|
| Joint Claim Construction and Pre-Hearing Statement (Patent L.R. 4-3) | 06/24/13 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | 07/24/13 |
| CSR's Opening Claim Construction Brief (Patent L.R. 4-5) | 08/08/13 |
| Freescale's Responsive Claim Construction Brief (Patent L.R. 4-5) | 08/22/13 |
| CSR's Reply Claim Construction Brief (Patent L.R. 4-5) | 08/29/13 |
| Technology Tutorial | September, 2013 |
| Claim Construction Hearing (Patent L.R. 4-6) | September, 2013 |

**IT IS SO ORDERED**.

Dated: March 6, 2013

_____
Jon S. Tigar
United States District Judge