MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
MICHAEL G. SCHWARTZ, Bar No. 197010
michael.schwartz@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
SUMMER KRAUSE, Bar No. 264858
summer.krause@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Plaintiff and Counter-defendant
CSR TECHNOLOGY INC.

**FILED**

MAR 27 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CSR TECHNOLOGY INC., a Delaware Corporation,

    Plaintiff,

v.

FREESCALE SEMICONDUCTOR, INC., a Delaware Corporation,

    Defendant.

CASE NO. 3:12-cv-02619-JST

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF FIFTH CLAIM FOR RELIEF RELATING TO U.S. PATENT NO. 6,882,827 AND RELATED COUNTERCLAIMS**

DLA PIPER LLP (US)
EAST PALO ALTO

STIP. AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF
U.S. PATENT NO. 6,882,827, CASE NO. 3-12-CV-02619-JST

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Counter-defendant CSR Technology Inc. ("CSR"), on one hand, and Defendant and Counterclaimant Freescale Semiconductor, Inc. ("Freescale"), on the other hand, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. In this action, CSR asserts claims of patent infringement under United States Patent Nos. 6,388,590 (the "'590 patent"), 6,388,591 (the "'591 patent"), 6,933,886 (the "'886 patent") and 6,882,827 (the "'827 patent") (collectively, "the patents-in-suit") against Freescale.[1]

2. Freescale filed an Answer and asserted Counterclaims of declaratory judgment of non-infringement and invalidity as to each of the patents-in-suit.

3. CSR's Fifth Claim Of Relief for infringement of the '827 patent against Freescale in the above-captioned action is hereby dismissed with prejudice. CSR is dismissing only its Fifth Claim for Relief – claims against Freescale relating to the '827 patent – and expressly maintains all of CSR's claims for relief against Freescale concerning the '590 patent (First Claim for Relief), '591 patent (Second Claim for Relief) and '886 patent (Third Claim for Relief) to this action.

4. Freescale's Count V counterclaim in the above-captioned action for declaratory judgment of invalidity of the '827 patent is hereby dismissed without prejudice and for declaratory judgment of non-infringement of the '827 patent is hereby dismissed with prejudice.

5. CSR and Freescale each shall bear its own costs and attorneys' fees in connection with the dismissal of CSR's Fifth Claim for Relief for infringement of the '827 patent and Freescale's Count V counterclaim for declaratory judgment of invalidity and non-infringement of the '827 patent.

---

[1] On October 19, 2012, the parties stipulated to the dismissal without prejudice of all claims and counterclaims concerning United States Patent No. 6,757,324 (Doc. No. 36). On October 25, 2012, pursuant to stipulation, the Court ordered dismissal without prejudice of all claims and counterclaims concerning United States Patent No. 6,757,324 between CSR Technology Inc. and Freescale Semiconductor, Inc. (Doc. No. 37).

Dated: March 11, 2013

DLA PIPER LLP (US)

By /s/ Michael Schwartz
MARK D. FOWLER
TIMOTHY LOHSE
MICHAEL G. SCHWARTZ
ROBERT WILLIAMS
ERIK R. FUEHRER
SUMMER KRAUSE

Attorneys for Plaintiff/Counter-defendant
CSR TECHNOLOGY INC.

Dated: March 11, 2013

JONES DAY

By /s/ David Witcoff
Patrick T. Michael
David L. Witcoff (Pro Hac Vice)
Timothy J. Heverin (Pro Hac Vice)
Thomas W. Ritchie (Pro Hac Vice)

Attorneys for Defendant/Counter-plaintiff
FREESCALE SEMICONDUCTOR, INC.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:**

1. CSR's Fifth Claim Of Relief for infringement of the '827 patent against Freescale in the above-captioned action is hereby dismissed with prejudice;

2. Freescale's Count V counterclaim in the above-captioned action for declaratory judgment for invalidity of the '827 patent is hereby dismissed without prejudice and for declaratory judgment of non-infringement of the '827 patent is hereby dismissed with prejudice; and

3. CSR and Freescale each shall bear its own costs and attorneys' fees in connection with the dismissal of CSR's Fifth Claim for Relief for infringement of the '827 patent and Freescale's Count V counterclaim for declaratory judgment for invalidity and non-infringement of the '827 patent.

DATED: 3/27/13

Honorable Jon S. Tigar
United States District Judge

## ECF CERTIFICATION

I, Michael G. Schwartz, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Fifth Claim For Relief Relating To U.S. Patent No. 6,882,827 And Related Counterclaims in compliance with General Order No. 45, Section X(B). I hereby attest that David L. Witcoff has concurred in this filing.

DATED: March 11, 2013  /s/ Michael Schwartz
MICHAEL G. SCHWARTZ