| | |
|---|---|
| 1 | MARK D. FOWLER, Bar No. 124235 |
| | mark.fowler@dlapiper.com |
| 2 | TIMOTHY LOHSE, Bar No. 177230 |
| | timothy.lohse@dlapiper.com |
| 3 | MICHAEL G. SCHWARTZ, Bar No. 197010 |
| | michael.schwartz@dlapiper.com |
| 4 | ERIK R. FUEHRER, Bar No. 252578 |
| | erik.fuehrer@dlapiper.com |
| 5 | SUMMER KRAUSE, Bar No. 264858 |
| | summer.krause@dlapiper.com |
| 6 | **DLA PIPER LLP (US)** |
| | 2000 University Avenue |
| 7 | East Palo Alto, CA 94303-2214 |
| | Tel: 650.833.2000 |
| 8 | Fax: 650.833.2001 |
| 9 | ROBERT WILLIAMS, Bar No. 246990 |
| | robert.williams@dlapiper.com |
| 10 | **DLA PIPER LLP (US)** |
| | 401 B Street, Suite 1700 |
| 11 | San Diego, CA 92101 |
| | Tel: 619.699.2700 |
| 12 | Fax: 619.699.2701 |
| 13 | Attorneys for Plaintiff and Counter-defendant |
| | CSR TECHNOLOGY INC. |

FILED
MAR 27 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CSR TECHNOLOGY INC., a Delaware Corporation, | CASE NO. 3:12-cv-02619-JST |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE OF FIFTH CLAIM FOR RELIEF RELATING TO U.S. PATENT NO. 6,882,827 AND RELATED COUNTERCLAIMS |
| v. | |
| FREESCALE SEMICONDUCTOR, INC., a Delaware Corporation, | |
| Defendant. | |

1   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Counter-defendant CSR
2   Technology Inc. ("CSR"), on one hand, and Defendant and Counterclaimant Freescale
3   Semiconductor, Inc. ("Freescale"), on the other hand, by and through their respective counsel of
4   record, hereby stipulate and agree as follows:

5   1.   In this action, CSR asserts claims of patent infringement under United States
6   Patent Nos. 6,388,590 (the "'590 patent"), 6,388,591 (the "'591 patent"), 6,933,886 (the "'886
7   patent") and 6,882,827 (the "'827 patent") (collectively, "the patents-in-suit") against Freescale.[1]

8   2.   Freescale filed an Answer and asserted Counterclaims of declaratory judgment of
9   non-infringement and invalidity as to each of the patents-in-suit.

10   3.   CSR's Fifth Claim Of Relief for infringement of the '827 patent against Freescale
11   in the above-captioned action is hereby dismissed with prejudice. CSR is dismissing only its
12   Fifth Claim for Relief – claims against Freescale relating to the '827 patent – and expressly
13   maintains all of CSR's claims for relief against Freescale concerning the '590 patent (First Claim
14   for Relief), '591 patent (Second Claim for Relief) and '886 patent (Third Claim for Relief) to this
15   action.

16   4.   Freescale's Count V counterclaim in the above-captioned action for declaratory
17   judgment of invalidity of the '827 patent is hereby dismissed without prejudice and for
18   declaratory judgment of non-infringement of the '827 patent is hereby dismissed with prejudice.

19   5.   CSR and Freescale each shall bear its own costs and attorneys' fees in connection
20   with the dismissal of CSR's Fifth Claim for Relief for infringement of the '827 patent and
21   Freescale's Count V counterclaim for declaratory judgment of invalidity and non-infringement of
22   the '827 patent.

---

[1] On October 19, 2012, the parties stipulated to the dismissal without prejudice of all claims and counterclaims concerning United States Patent No. 6,757,324 (Doc. No. 36). On October 25, 2012, pursuant to stipulation, the Court ordered dismissal without prejudice of all claims and counterclaims concerning United States Patent No. 6,757,324 between CSR Technology Inc. and Freescale Semiconductor, Inc. (Doc. No. 37).

Dated: March 11, 2013

DLA PIPER LLP (US)

By /s/ Michael Schwartz
   MARK D. FOWLER
   TIMOTHY LOHSE
   MICHAEL G. SCHWARTZ
   ROBERT WILLIAMS
   ERIK R. FUEHRER
   SUMMER KRAUSE

Attorneys for Plaintiff/Counter-defendant
CSR TECHNOLOGY INC.

Dated: March 11, 2013

JONES DAY

By /s/ David Witcoff
   Patrick T. Michael
   David L. Witcoff (Pro Hac Vice)
   Timothy J. Heverin (Pro Hac Vice)
   Thomas W. Ritchie (Pro Hac Vice)

Attorneys for Defendant/Counter-plaintiff
FREESCALE SEMICONDUCTOR, INC.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:**

1. CSR's Fifth Claim Of Relief for infringement of the '827 patent against Freescale in the above-captioned action is hereby dismissed with prejudice;

2. Freescale's Count V counterclaim in the above-captioned action for declaratory judgment for invalidity of the '827 patent is hereby dismissed without prejudice and for declaratory judgment of non-infringement of the '827 patent is hereby dismissed with prejudice; and

3. CSR and Freescale each shall bear its own costs and attorneys' fees in connection with the dismissal of CSR's Fifth Claim for Relief for infringement of the '827 patent and Freescale's Count V counterclaim for declaratory judgment for invalidity and non-infringement of the '827 patent.

DATED: 3/27/13

Honorable Jon S. Tigar
United States District Judge

## ECF CERTIFICATION

I, Michael G. Schwartz, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Fifth Claim For Relief Relating To U.S. Patent No. 6,882,827 And Related Counterclaims in compliance with General Order No. 45, Section X(B). I hereby attest that David L. Witcoff has concurred in this filing.

DATED: March 11, 2013             /s/ Michael Schwartz
                                  MICHAEL G. SCHWARTZ