MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
MICHAEL G. SCHWARTZ, Bar No. 197010
michael.schwartz@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
SUMMER KRAUSE, Bar No. 264858
summer.krause@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101
Tel:  619.699.2700
Fax: 619.699.2701

Attorneys for Plaintiff and Counter-defendant
CSR TECHNOLOGY INC.

Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:      (415) 626-3939
Facsimile:       (415) 875-5700

David L. Witcoff (IL Bar No. 6183629)
(admitted *pro hac vice*)
dlwitcoff@jonesday.com
Timothy J. Heverin (IL Bar No. 6243107)
(admitted *pro hac vice*)
tjheverin@jonesday.com
Thomas W. Ritchie (IL Bar No. 6301954)
(admitted *pro hac vice*)
twritchie@jonesday.com
JONES DAY
77 W. Wacker Dr., Ste. 3500
Chicago, IL  60601-1692
Telephone:      (312) 782-3939
Facsimile:       (312) 782-8585

Attorneys for Defendant and
Counterclaimant,
FREESCALE SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CSR TECHNOLOGY INC., a Delaware Corporation,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC., a Delaware Corporation,<br><br>Defendant and Counterclaimant. | CASE NO.  3:12-cv-02619-JST (JSC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT** |

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\241514840.1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JOINT CLAIM
CONSTRUCTION AND PRE-HEARING STATEMENT,
CASE NO.  3-12-CV-02619-JST (JSC)

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Counter-defendant CSR Technology Inc. ("CSR") and Defendant and Counterclaimant Freescale Semiconductor, Inc. ("Freescale") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on March 7, 2013, the Court issued Case Management Order No. 2, setting certain deadlines (Dkt. No. 61).

WHEREAS, the Joint Claim Construction and Pre-Hearing Statement is currently due on June 24, 2013.

WHEREAS, the Parties met and conferred regarding the Joint Claim Construction and Pre-Hearing Statement on June 11th, June 18th and June 20th 2013.

WHEREAS, the Parties agree that a continuation of the filing date for the Joint Claim Construction and Pre-Hearing Statement by one day, to June 25, 2013, would allow the parties additional time to meet and confer regarding the Joint Claim Construction and Pre-Hearing Statement.

WHEREAS, the short continuation of the Joint Claim Construction and Pre-Hearing Statement would not conflict with, or require any additional changes to, the current case schedule as the Claim Construction briefing, hearing and tutorial dates would remain unchanged.

WHEREAS, the requested time modification will have no effect on any other date in the schedule for the case.

WHEREAS, the parties have not previously stipulated to change any date relating to Joint Claim Construction and Pre-Hearing Statement and the only prior extensions of time granted in this case are the Court's June 26, 2012, order granting Freescale a thirty-day extension of time to respond to CSR's Complaint (Dkt. No. 12) and the Magistrate Judge Corley's January 7, 2013, order modifying the briefing schedule and hearing date for Freescale's Motion to Compel (Dkt. No. 48).

DLA Piper LLP (US)
East Palo Alto

WEST\241514840.1

-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT,
CASE NO. 3-12-CV-02619-JST (JSC)

IT IS HEREBY AGREED AND STIPULATED, that the Joint Claim Construction and Pre-Hearing Statement shall be continued as follows:

| Event | Current Due Date | New Due Date |
|---|---|---|
| **Joint Claim Construction and Pre-Hearing Statement** | June 24, 2013 | June 25, 2013 |

Dated: June 21, 2013

          DLA PIPER LLP (US)

          By  */s/ Michael Schwartz*
             MARK D. FOWLER
             TIMOTHY LOHSE
             MICHAEL G. SCHWARTZ
             ROBERT WILLIAMS
             ERIK R. FUEHRER
             SUMMER KRAUSE

             Attorneys for Plaintiff and Counter-defendant
             CSR TECHNOLOGY INC.

Dated: June 21, 2013

          JONES DAY

          By  */s/ Thomas W. Ritchie*
             Patrick T. Michael
             David L. Witcoff (*Pro Hac Vice*)
             Timothy J. Heverin (*Pro Hac Vice*)
             Thomas W. Ritchie (*Pro Hac Vice*)

             Attorneys for Defendant and Counterclaimant
             FREESCALE SEMICONDUCTOR, INC.

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\241514840.1

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT,
CASE NO. 3-12-CV-02619-JST

I, Michael Schwartz, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT.  In compliance with Local Rule 5-1, I hereby attest that David Witcoff has concurred in this filing.

Dated:  June 21, 2013              DLA PIPER LLP (US)


                                   By  */s/ Michael G. Schwartz*
                                       MICHAEL G. SCHWARTZ

                                   Attorneys for Plaintiff and Counter-defendant
                                   CSR Technology Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  June 24, 2013              _____
                                   THE HONORABLE JON S. TIGAR
                                   UNITED STATES DISTRICT COURT JUDGE

WEST\241514840.1

-3-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT,
CASE NO.  3-12-CV-02619-JST

DLA PIPER LLP (US)
EAST PALO ALTO