1

2

3              UNITED STATES DISTRICT COURT

4              NORTHERN DISTRICT OF CALIFORNIA

5

6    CSR TECHNOLOGY, INC.,                        Case No.  12-cv-02619-JST

         Plaintiff,
7
         v.                                       **CASE MANAGEMENT ORDER NO. 3**
8                                                 **AMENDING CLAIM CONSTRUCTION**
     FREESCALE SEMICONDUCTOR, INC.,               **BRIEFING DEADLINES**
9
         Defendant.
10

11        In light of the parties' stipulation filed August 22, 2013, ECF No. 74, indicating the parties

12   "have made substantial progress in settlement negotiations that, if successful, are expected to

13   resolve all claims asserted between them," the Court will postpone the deadline for Freescale

14   Semiconductor, Inc.'s responsive claim construction brief and CSR Technology, Inc.'s reply brief

15   by one week.  The Court will not postpone the date set for technology tutorial and claim

16   construction hearing at this time.  The case schedule in this action is consequently amended as

17   follows:

18

19
| Event | Date |
|---|---|
20
| Freescale's Responsive Claim Construction Brief (Patent L.R. 4-5) | 8/29/13 |
21

22
| CSR's Reply Claim Construction Brief (Patent L.R. 4-5) | 9/5/13 |
23

24   | Technology Tutorial | 9/17/13, at 2:00 p.m. |

25
     | Claim Construction Hearing | 10/1/13, at 2:00 p.m. |
26

27   / / /

28   / / /

United States District Court
Northern District of California

1          **IT IS SO ORDERED.**

2     Dated: August 23, 2013

3                                                    _____
                                                          JON S. TIGAR
4                                                     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2