UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CSR TECHNOLOGY, INC.,

        Plaintiff,

     v.

FREESCALE SEMICONDUCTOR, INC.,

        Defendant.

Case No.  12-cv-02619-JST

**CASE MANAGEMENT ORDER NO. 3
AMENDING CLAIM CONSTRUCTION
BRIEFING DEADLINES**

In light of the parties' stipulation filed August 22, 2013, ECF No. 74, indicating the parties "have made substantial progress in settlement negotiations that, if successful, are expected to resolve all claims asserted between them," the Court will postpone the deadline for Freescale Semiconductor, Inc.'s responsive claim construction brief and CSR Technology, Inc.'s reply brief by one week.  The Court will not postpone the date set for technology tutorial and claim construction hearing at this time.  The case schedule in this action is consequently amended as follows:

| Event | Date |
|---|---|
| Freescale's Responsive Claim Construction Brief (Patent L.R. 4-5) | 8/29/13 |
| CSR's Reply Claim Construction Brief (Patent L.R. 4-5) | 9/5/13 |
| Technology Tutorial | 9/17/13, at 2:00 p.m. |
| Claim Construction Hearing | 10/1/13, at 2:00 p.m. |

/ / /

/ / /

United States District Court
Northern District of California

1

**IT IS SO ORDERED.**

2

Dated: August 23, 2013

3

_____

4

JON S. TIGAR
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California